### ANTHONY DOW *v.* CITY CARTING COMPANY, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Anthony Dow*, pro se, in support of the petition.

*Mark C. Durkin*, in opposition.

Decided September 17, 2009

### STATE OF CONNECTICUT *v.* MARK T. STUART

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 541 (AC 27703), is denied.

*Wayne A. Francis*, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided September 23, 2009

### FROOM DEVELOPMENT CORPORATION ET AL. *v.* DEVELOPERS REALTY, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 114 Conn. App. 618 (AC 29527), is denied.

ROGERS, C. J., and KATZ and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Frederic S. Ury*, in support of the petition.

*David S. Hoopes* and *Peter J. Royer*, in opposition.

Decided September 23, 2009